UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH BULLOCK,<br>　　　Plaintiff,<br><br>v.<br><br>FLORENCE BARKSDALE,<br>　　　Defendant. | )<br>)<br>)　Civil Action No.<br>)<br>)　**04CV 11508 RGS**<br>)<br>)<br>)　Formerly Taunton District<br>)　Court Small Claims<br>)　Action No. 0431sc0820 |

MAGISTRATE JUDGE _____

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to 28 U.S.C. §§ 1441 and 1442, Defendant Florence Barksdale, by her attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby gives notice of her removal of this lawsuit to the United States District Court for the District of Massachusetts. As grounds for removal, defendant states as follows:

1.　Judith Bullock filed this action in the Taunton Small Claims Court Department of the Trial Court of Massachusetts on or about July 1, 2004, Civil Action No. 0431sc0820.

2.　The Complaint was purportedly served on the federal defendant, Florence Barksdale, a United States Postal Service employee, on July 1, 2004 and was received by the office of the United States Attorney, from the federal defendant on July 1, 2004.

3.　The removal of this action is timely under the provisions of 28 U.S.C. §1446(b) as, to date, service of the Complaint has not been perfected on the United States pursuant to Fed.R.Civ.P. 4(i).   See Murphy Borthers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 244

(1999)(formal service required to trigger 30 day period under 28 U.S.C. §1446(b)).

3. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1442. The plaintiff is asserting claims against a federal employee based upon actions under color of office.

4. The filing of this notice is not a waiver of any rights or defenses that may be available to the defendant.

5. Copies of all pleadings received by the United States are attached hereto.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney

MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

### Certificate of Service

IT IS HEREBY CERTIFIED that on this 2nd day of July 2004 service of the foregoing Notice of Removal to United States District Court for the District of Massachusetts has been made upon the following by depositing a copy in the United States mail, postage prepaid to:

Judith Bullock
643 Pine Street
Raynham, MA 02767

Mark J. Grady
Assistant United States Attorney

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | For Court Use Only | DOCKET NO. 0431SC 0520 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|
| ☐ BOSTON MUNICIPAL COURT | | ☐ DISTRICT COURT Division | ☐ HOUSING COURT Division |

**PART 1**
PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE:
Judith Bullock
643 Pine Street
Raynham, MA 02767
PHONE NO: 508-824-1205

PLAINTIFF'S ATTORNEY (if any):
Name:
Address:
PHONE NO:

RECEIVED JUL 1 2004

**PART 2**
DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE:
Florence Barksdale
332 Leonard Street
Raynham, MA 02767
PHONE NO: 508-824-5006

ADDITIONAL DEFENDANT (if any):
Name:
Address:
PHONE NO:

**PART 3**
PLAINTIFF'S CLAIM. The defendant owes $ 1,017.51 plus $ 40.00 court costs for the following reasons. Give the date of the event that is the basis of your claim.

On Monday 3/29/04 at approx. 1:30pm I was taking my trash to the end of my driveway with my two dogs (Sabrina & Cloie) by my side. While I was at the end of the driveway, the defendant also my usual mail person came down the street, turned around in the circle at the bottom of the driveway, pulled up to the mailbox, stopped and as she was placing my mail in the mailbox I said to her wait, the white dog (Sabrina) doesn't chase cars but the little dog (Cloie) will, let me get her first. She acknowledged what I said because she smiled. As I walked to the back of the car, the defendant edges up a few feet and I said wait wait but she then accelerated up the street blowing her horn as Cloie chased her until she finally ran Cloie over with her left front tire and kept driving without stopping.

SIGNATURE OF PLAINTIFF X Judith Bullock    DATE 5-11-04

**PART 4**
MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 5**
MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

SIGNATURE OF PLAINTIFF    DATE

**NOTICE OF TRIAL**
NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.
If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.
SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT:
Taunton District Court
15 Court Street
Taunton, MA. 02780

DATE AND TIME OF TRIAL: 7-7-04 AT 8:30AM

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE: Kevan J. Cunningham
CLERK-MAGISTRATE OR DESIGNEE: Raymond S. Pack
ROOM NO.

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-5 of this form. See instructions on reverse.
DC-SC-1 (01/05)    ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04CV 11508 RGS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __JUDITH BULLOCK v FLORENCE BARKSDALE__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.         for patent, trademark or copyright cases

   _X_ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES ___   NO _X_

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES ___   NO _X_

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES ___   NO ___

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES ___   NO _X_

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   YES _X_   NO ___

   A. IF YES, IN WHICH DIVISION DO __ALL__ OF THE NON-GOVERNMENTAL PARTIES RESIDE?

      EASTERN DIVISION _X_   CENTRAL DIVISION ___   WESTERN DIVISION ___

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

      EASTERN DIVISION ___   CENTRAL DIVISION ___   WESTERN DIVISION ___

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __MARK J GRADY__
ADDRESS __1 Courthouse Way, US Attorneys Office, Suite 9200, Boston, MA 02210__
TELEPHONE NO. __617-748-3136__

(Cover sheet local.wpd - 11/27/00)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Judith Bullock

## DEFENDANTS
Florence Barksdale

04cv 1508 RGS

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney'S (Firm Name, Address, and Telephone Number)
Judith Bullock, Pro Se
643 Pine Street
Raynham, MA 02767

Attorneys (If Known)
Mark J. Grady, Esq.
US Attorneys Office, 1 Courthouse Way, Suite 9200
Boston, MA 02210

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | / ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. 1306

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 7-2-04
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.