UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUDITH BULLOCK, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 04-11508-RGS |
| | ) | |
| FLORENCE BARKSDALE, | ) | |
|     Defendant. | ) | |
| | ) | Formerly Taunton District |
| | ) | Court Small Claims |
| | ) | Action No. 0431sc0820 |

**ASSENTED TO MOTION TO EXTEND THE TIME TO FILE AN ANSWER OR
OTHER RESPONSIVE PLEADING**

The Defendant requests that the time to file an answer or other responsive pleading be extended until September 15, 2004.  In support of this request, the Defendant states:

1. The instant claim involves allegations that the Defendant, Florence Barksdale, an employee of the USPS, struck the Plaintiff's dog with her vehicle while delivering mail.

2. As the action involves allegedly wrongful conduct within the scope of employment of a federal employee, the matter is subject to the Federal Tort Claims Act ("FTCA").

3. The parties agree that no administrative claim (a pre-requisite to suit under the FTCA) has been filed.

4. In lieu of  issuing a scope certification under 28 U.S.C. §2679, and pursing a motion to dismiss, the United States has forwarded a request to the Plaintiff that this action be dismissed, without prejudice to either party, so that the Plaintiff can first pursue an administrative claim.

5. The extension is requested so that the Plaintiff may have time to review the United States'

request and so that the United States may have adequate time to respond should it prove impossible to resolve this matter.

6. Counsel for the United States has spoken to the Plaintiff who does not oppose this request.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> /s/ Mark J. Grady
> MARK J. GRADY
> Assistant U.S. Attorney
> U.S. Attorney's Office
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA  02210
> Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that I have spoken to the Plaintiff who has agreed to the extension requested.

> /s/ Mark J. Grady
> Mark J. Grady
> Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 26th day of July 2004 service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to:

Judith Bullock
643 Pine Street
Raynham, MA 02767

> /s/ Mark J. Grady
> Mark J. Grady
> Assistant United States Attorney