COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| BRISTOL, SS | TAUNTON DISTRICT COURT<br>SMALL CLAIMS ACTION 0431sc0820 |
| JUDITH BULLOCK,    Plaintiff, ) ) ) | Civil Action No. |
| v. ) ) | Formerly Taunton District Court<br>Small Claims Action 0431sc0820 |
| FLORENCE BARKSDALE, ) )    Defendant. ) | |

### DEFENDANT'S NOTICE OF FILING STATE COURT RECORD

PLEASE TAKE NOTICE that on August 9, 2004, the Defendant, Florence Barksdale, by her attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, filed a certified copy of the state court record. A copy of the record is attached hereto.

Respectfully submitted,
MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY:   /s/ Mark J. Grady
Mark J. Grady
Assistant U. S. Attorney
United States Courthouse
  Suite 9200
1 Courthouse Way
Boston, MA   02210
(617) 748-3100

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 9th day of August 2004 service of the foregoing Notice of Removal to United States District Court for the District of Massachusetts has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Judith Bullock, 643 Pine Street, Raynham, MA 02767.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney