UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDITH BULLOCK,<br>    Plaintiff,<br><br>v.<br><br>FLORENCE BARKSDALE,<br>    Defendant. | Civil Action No.<br>04-11508-RGS<br><br>Formerly Taunton District<br>Court Small Claims<br>Action No. 0431sc0820 |

### ASSENTED TO MOTION TO EXTEND THE TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

The Defendant requests that the time to file an answer or other responsive pleading be extended until November 1, 2004. This court has previously granted an extension until September 15, 2004.

In support of this request, the Defendant states:

1. The instant claim involves allegations that the Defendant, Florence Barksdale, an employee of the USPS, struck the Plaintiff's dog with her vehicle while delivering mail.

2. As the action involves allegedly wrongful conduct within the scope of employment of a federal employee, the matter is subject to the Federal Tort Claims Act ("FTCA").

3. The parties agree that no administrative claim (a pre-requisite to suit under the FTCA) has been filed.

4. In lieu of issuing a scope certification under 28 U.S.C. §2679, and pursing a motion to dismiss, the United States has forwarded a request to the Plaintiff that this action be

dismissed, without prejudice to either party, so that the Plaintiff can first pursue an administrative claim.

5. Since the filing of the last request for an extension, the Plaintiff has consulted with, but not yet retained, an attorney, and the Plaintiff has requested an additional forty five days to review the status of this matter.

6. Both parties believe that a continuance would serve judicial economy as the continuance may obviate the need for further action by this court.

Wherefore, the Parties request that the time to file an answer or other responsive pleading be extended until November 1, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3136

**Certificate of Compliance**
I hereby certify that I have spoken to the Plaintiff's daughter, Crystal Bullock, who has requested the extension sought by way of this motion.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

**Certificate of Service**
IT IS HEREBY CERTIFIED that on this 13th day of September 2004 service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Judith Bullock, 643 Pine Street, Raynham, MA 02767.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney