UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUDITH BULLOCK, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 04-11508-RGS |
| | ) | |
| FLORENCE BARKSDALE, | ) | |
|     Defendant. | ) | |
| | ) | Formerly Taunton District |
| | ) | Court Small Claims |
| | ) | Action No. 0431sc0820 |

**MOTION TO EXTEND THE TIME TO FILE AN ANSWER OR
OTHER RESPONSIVE PLEADING**

The Defendant requests that the time to file an answer or other responsive pleading be extended until January 5, 2005. This court has previously granted extensions through September 15, 2004, and November 1, 2004.

In support of this request, the Defendant states:

1. The instant claim involves allegations that the Defendant, Florence Barksdale, an employee of the USPS, struck the Plaintiff's dog with her vehicle while delivering mail.

2. As the action involves allegedly wrongful conduct within the scope of the employment of a federal employee, the matter is subject to the Federal Tort Claims Act ("FTCA").

3. The parties agree that no administrative claim (a pre-requisite to suit under the FTCA) has been filed.

4. In lieu of issuing a scope certification under 28 U.S.C. §2679, and pursing a motion to dismiss, the United States has forwarded a request to the Plaintiff that this action be dismissed, without prejudice to either party, so that the Plaintiff can first pursue an administrative claim. The United States has provided a standard Form-95 (the form by which an administrative claim is initiated) along with the address to which said form

must be sent.

6. Since the filing of the Complaint, the Plaintiff has consulted with Attorney Steven Karol of Milton, MA regarding this claim.

7. Attorney Karol is presently reviewing the matter as has assented to the requested continuance.

8. The parties believe that a continuance would serve judicial economy as the continuance may obviate the need for further action by this court.

Wherefore, the Parties request that the time to file an answer or other responsive pleading be extended until January 5, 2005.

    Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that I spoke to Attorney Steven Karol by phone on November 1, 2004, who assented to the motion

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 1st day of November 2004 service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, Steven Karol, 424 Adams Street, Suite 202, Milton, MA 02186.

/s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney