UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUDITH BULLOCK, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 04-11508-RGS |
| | ) | |
| FLORENCE BARKSDALE, | ) | |
|     Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties to this action hereby stipulate to the dismissal of this action, without prejudice and without costs or fees to either party.

For the Plaintiff,                                        For the Defendant,

JUDITH BULLOCK,                                  FLORENCE BARKSDALE,

                                                                                     MICHAEL J. SULLIVAN
                                                                                      United States Attorney

 /s/ Mark Grady for Steven Karol                By:   /s/ Mark Grady
Steven Karol                                             Mark J. Grady
KAROL & KAROL                                     Assistant U.S. Attorney
424 Adams Street                                      1 Courthouse Way, Suite 9200
Milton, MA 02186                                      Boston, MA 02210
617-696-1000                                            617-748-3136